UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

SANTOS MEDRANO,

        Plaintiff,

vs.

DORAKU BRICKELL, LLC,

        Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, SANTOS MEDRANO, through counsel, sues Defendant, DORAKU BRICKELL, LLC, and alleges the following:

1. This is an action for damages and equitable relief within the jurisdiction of this court.

2. Plaintiff resides in Florida and is a past employee of Defendant.

3. Defendant, DORAKU BRICKELL, LLC, is a Florida corporation with its principal place of business in Miami-Dade County, Florida, is engaged in commerce in the field of restaurant operations, was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as a Dishwasher.

5. During part of Plaintiff's employment (specifically from about 11/20/2012 through about 11/11/2012), Plaintiff accrued approximately $16,828.56 in damages. See Exhibit "A."

6. Defendant has knowingly and willfully refused to tender payment of Plaintiff's legally owed wages and was deliberately shorting Plaintiff's pay and underreporting hours/overtime worked.

7. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

8. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

9. Plaintiff reavers and realleges Paragraphs 1-8 herein.

10. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) overtime pay, (ii) minimum wages and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

11. Plaintiff also seeks recovery of liquidated damages, interest, costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant, plus costs and reasonable attorneys' fees, and such other remedy as the Court deems just and appropriate.

Respectfully submitted,

Loren Law Group
320 South State Rd 7
Suite 300
Plantation, FL 33317
Phone:	(954)585-4878
Facsimile:	(954)585-4886
E-Mail:	JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409

Santos Medrano
Statement of Claim

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Pay Period Ending | *Overtime Hours Worked (Bi-weekly) | **Approximate # of Overtime Hours Paid at Straight Time (Bi-weekly) | **Approximate # of Unpaid Overtime Hours for Which No Payment Tendered (Bi-weekly) | Hourly Rate/Regular Rate | *Overtime Owed at Half-Time (Bi-Weekly)- Column 2 × Column 4 × 0.5 | **Overtime Owed at Time and a Half (Bi-Weekly) - Column 3 × Column 4 × 1.5 | Total Owed= Column 5 + Column 6 | Liquidated Damages |
| 11/20/11 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 12/11/11 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 12/25/11 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 01/08/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 01/22/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 02/05/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 02/19/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 03/04/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 03/18/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 04/01/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 04/15/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 04/29/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 05/13/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 05/27/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 06/10/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 06/24/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 07/08/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 07/22/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 08/05/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 08/19/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 09/02/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 09/16/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 09/30/12 | 28 | 5.67 | 22.33 | 9.00 | $ 25.52 | $ 301.46 | $ 326.97 | $ 326.97 |
| 10/14/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 10/28/12 | 28 | 6 | 22 | 9.00 | $ 27.00 | $ 297.00 | $ 324.00 | $ 324.00 |
| 11/11/12 | 28 | 7.41 | 20.59 | 9.00 | $ 33.35 | $ 277.97 | $ 311.31 | $ 311.31 |
|  |  | TOTALS |  |  |  | $ 16,828.56 | $ 8,414.28 | $ 8,414.28 |

TOTAL DAMAGES CLAIMED**

* Good Faith Estimate (Plaintiff estimates that, on average, he worked 14 hours or more overtime hours per week )
** Good Faith Estimate (Based on paystubs, Plaintiff was paid on the average 3 hours per week overtime at a straight time rate)
   Plaintiff may also have an unpaid minimum wage claim

Exhibit "A"